No. 98–6667. LATIMORE v. SPENCER, SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTION, ET AL. C. A. 1st Cir. Certiorari denied.

No. 98–6696. ACEVEDO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–6700. CALAMBRO, BY AND THROUGH CALAMBRO, AS NEXT FRIEND OF CALAMBRO v. IGNACIO, WARDEN, ET AL. Sup. Ct. Nev. Certiorari denied.

No. 98–6714. WHITE v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–6715. WHITE v. UNITED STATES; and
No. 98–6849. SAWYER v. UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 146 F. 3d 870.

No. 98–6903. DAVIS v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 98–6923. CROWDER v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 98–6950. MILLWEE v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 98–7010. SNAVELY v. CITY OF PALO ALTO. C. A. 9th Cir. Certiorari denied.

No. 98–7031. GEDEON v. HOST MARRIOTT CORP. ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–7033. NEGRON-GAZTAMBIDE v. HERNANDEZ-TORRES ET AL. C. A. 1st Cir. Certiorari denied.

No. 98–7035. GEORGE v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 98–7040. MORGAN v. COKER ET AL. C. A. 5th Cir. Certiorari denied.